```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HENRY Z. CARBAJAL III
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CR-00299-AWI |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| ANTONIO HERNANDEZ SANCHEZ, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Antonio Sanchez Hernandez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant Antonio Hernandez Sanchez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately 2,380 CDs, and
   b. Approximately 780 DVDs.

2. The above-listed assets represent any property real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly as a result of  the

1 commission of a violation of 18 U.S.C. § 371.

2     3.    Pursuant to Rule 32.2(b), the Attorney General (or a
3 designee) shall be authorized to seize the above-listed property.
4 The aforementioned property shall be seized and held by the United
5 States Marshals Service in their secure custody and control.

6     4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
7 § 853(n), and Local Rule 171, the United States shall publish notice
8 of the order of forfeiture.  Notice of this Order and notice of the
9 Attorney General's (or a designee's) intent to dispose of the
10 property in such manner as the Attorney General may direct shall be
11 posted for at least 30 consecutive days on the official internet
12 government forfeiture site www.forfeiture.gov.  The United States may
13 also, to the extent practicable, provide direct written notice to any
14 person known to have alleged an interest in the property that is the
15 subject of the order of forfeiture as a substitute for published
16 notice as to those persons so notified.

17          b.    This notice shall state that any person, other than
18 the defendant, asserting a legal interest in the above-listed
19 property, must file a petition with the Court within sixty (60) days
20 from the first day of publication of the Notice of Forfeiture posted
21 on the official government forfeiture site, or within thirty (30)
22 days from receipt of direct written notice, whichever is earlier.

23     5.    If a petition is timely filed, upon adjudication of all
24 third-party interests, if any, this Court will enter a Final Order of
25 Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §
26 ///
27 ///
28 ///

Preliminary Order of Forfeiture

2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     May 11, 2012
                                    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE